**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RUEBEN AMES,

    Petitioner

v.                                                       CASE NO. 8:04-CV-2775-T-30MAP
                                                                    8:01-CR-445-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

Before the Court are Petitioner's Notice of Appeal (CV Dkt. 20), construed as an application for a certificate of appealability (CV Dkt. 21), of this Court's March 14, 2008 decision denying Petitioner's Rule 60(b) motion (CV Dkt. 19), and application to proceed on appeal *in forma pauperis* (CV Dkt. 22). The Petitioner's Rule 60(b) motion was denied because it was untimely and without merit (CV Dkt. 19).

If a certificate of appealability is required for this appeal to proceed, Petitioner has not made the requisite showing for issuance of one. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001); *Franklin v. Hightower*, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam).

Statutory provision for litigation *in forma pauperis* in the federal courts is made by 28 U.S.C. § 1915, authorizing any court of the United States to allow indigent persons to prosecute, defend or appeal suits without prepayment of costs. *See Coppedge v. United*

*States*, 369 U.S. 438, 441 (1962). The following statutory language guides district courts in passing upon an application for *in forma pauperis* status: "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).

This appeal is not taken in good faith under 28 U.S.C. §1915(a)(3) and Rule 24(a) of the Federal Rules of Appellate Procedure because Petitioner has not demonstrated "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal." *McIntosh v. United States Parole Comm'n*, 115 F.3d 809, 812 (10th Cir. 1997) (quoting *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir.1991)). Thus, Petitioner is not entitled to appeal as a pauper, and Petitioner will be required to pay the $455.00 appellate filing and docketing fees.

**ACCORDINGLY**, it is **ORDERED** that:

1. Petitioner's construed application for a certificate of appealability is **DENIED** (CV Dkt. 21).

2. Petitioner's motion to proceed on appeal *in forma pauperis* is **DENIED** (CV Dkt. 22).

**DONE** and **ORDERED** in Tampa, Florida on April 3, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
<u>Copies furnished to</u>:
All Parties/Counsel of Record